United States District Court
Southern District of Texas
**ENTERED**
September 07, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| RAYMOND V. HAYES, JR., | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-21-1518 |
| SOUTHWEST CREDIT SYSTEMS, L.P., | § § § | |
| Defendant. | § | |

## ORDER

On September 7, 2021, Plaintiff, Raymond V. Hayes, Jr., and Defendant, Southwest Credit Systems, L.P., filed an Agreed Stipulation of Dismissal with Prejudice (docket no. 15) asserting that the parties have settled all disputes and that all claims and defenses asserted by either party are dismissed with prejudice. Accordingly, this Court accepts the stipulation and this action is hereby DISMISSED with prejudice against refiling the same.

Each party will bear its own costs.

SIGNED at Houston, Texas, on this 7th day of September, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE